## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 23-8093 MRW | Date | April 10, 2024 |
|---|---|---|---|
| Title | Orosco v. Ralph Modugno Inc. | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| Eddie Ramirez | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys for Plaintiff: | | Attorneys for Defendant: |
| n/a | | n/a |

**Proceedings:**   ORDER TO SHOW CAUSE

     1.    This is civil action.  The case was randomly assigned to Judge Wilner through the Court's Magistrate Judge Direct Assignment Program.

     2.    In November and December 2023, Plaintiff filed proofs of service indicating full service of process on the named defendants in the action.  (Docket # 12, 13.) However, Plaintiff has not filed anything with the Court since then.  Additionally, neither defendant has appeared in the case.

     3.    Plaintiff is ORDERED to show cause why the Court should not: (a) dismiss the action for failure to prosecute under Rule 41; or (b) enter a default against the defense under Rule 55.  Plaintiff will respond to this OSC by declaration or other appropriate filing by April 24.